IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRYSTAL DAVIS § | |
| § | |
| Plaintiff § | |
| v. § | Civil Action No. 2:16-cv-00022-JRG |
| § | |
| CREDIT BUREAU OF THE SOUTH § | |
| § | |
| § | |
| Defendant § | |

**NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Plaintiff(Davis), the Appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Order of the United States District Court for the Eastern District of Texas as entered on October 3, 2017 (the Final Order) (Docket No. 57), denying attorneys fees to Plaintiff for a successful Fair Debt Collection Act case, and any other ruling, orders, decisions of this Court adverse to Plaintiff that are merged into the Judgment.

The names of all parties to the Final Order appealed from and the names and address of their respective attorneys are as follows:

**CRYSTAL DAVIS**
*Appellant*

**Dennis McCarty**
Mississippi Bar No. 102733
Supreme Court of the United States Bar No. 302174
Federal Bar No. 993800
P.O. Box 111070
Carrollton, TX., 75011
Telephone: 817-704-3375
Fax (817) 887-5069
dmccartylaw@att.net
ATTORNEY FOR PLAINTIFF

CREDIT BUREAU OF THE SOUTH
*Appellee*

Ralph Scott Bowie
Louisiana Bar No. 01724
Daye, Bowie & Beresko, APLC
400 Travis Street, Suite 700
Shreveport, LA 71101
Telephone 318-221-0600
Facsimile 318-221-8158
rsbowie@msn.com


Dated: November 2, 2017

        Respectfully submitted,

        /s/Dennis McCarty
        Dennis McCarty
        ATTORNEY FOR PLAINTIFF
        Mississippi Bar No. 102733
        Supreme Court of the United States Bar No. 302174
        Federal Bar No. 993800
        P.O. Box 111070
        Carrollton, TX., 75011
        Telephone: 817-704-3375
        Fax (817) 887-5069
        dmccartylaw@att.net


**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:


Dated: November 2, 2017

/s/Dennis McCarty
**Dennis McCarty**
ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
Supreme Court of the United States Bar No. 302174
Federal Bar No. 993800
P.O. Box 111070

Carrollton, TX., 75011
Telephone: 817-704-3375
Fax (817) 887-5069
dmccartylaw@att.net
ATTORNEY FOR PLAINTIFF